# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of August, two thousand and sixteen.

Before:    Denny Chin,
            *Circuit Judge.*
_____

Javier Tecuapetla,

    Petitioner,

**ORDER**

Docket No. 15-3683

v.

Loretta E. Lynch, United States Attorney General,

    Respondent.
_____

Petitioner filed a motion seeking an extension of time to file a motion for reconsideration until August 12, 2016.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

